UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2025

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Roger Taranto, Ross Pepe, Jeffrey Isaacs, John Cooney, Jr., and Simone M. Almeida as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, | **DEFAULT JUDGMENT** |
| Plaintiffs, | |
| - against – | Civil Action No. 7:24-cv-07669 (NSR) |
| WESTCHESTER HILLS LANDSCAPING and MICHAEL DISAVINO, Individually, | |
| Defendants. | |

**UPON THE READING AND FILING OF THE ORDER TO SHOW CAUSE** filed by the Plaintiffs, the Trustees of the Teamsters Local 456 Pension, Health and Welfare, Annuity, Education and Training, Industry Advancement, and Legal Services Funds together with the Westchester Teamsters Local Union No. 456, as well as the Affidavit of Daniel Kornfeld, dated the 5th day of February 2025, the Affidavit of Brenda Ritch, dated the 4th day of February 2025, the Notice of Motion, Complaint, the Memorandum of Law, the Statement of Damages, and the Affidavits of Service together with the exhibits attached thereto; and

**UPON** the failure of Defendant Westchester Hills Landscaping and Michael DiSavino, individually, to appear before the Honorable Court;

**IT IS HEREBY ORDERED** pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure, as well as Section 502(g)(2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), and Section 301(a) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. §185(a):

1

1. That Plaintiffs' Motion for Default Judgment is hereby **GRANTED**; and

2. That Plaintiffs shall recover judgment against Defendants Westchester Hills Landscaping and Michael DiSavino, joint and severally in the total amount of $85,118.58, representing $80,946.10 in contributions related to work in covered employment during the period August 1, 2024 through December 31, 2024, plus $4,172.48 in attorneys' fees and costs; and

3. That Plaintiffs shall additionally recover judgment against Defendant Westchester Hills Landscaping in the amount of $15,121.28, representing $5,265.28 in deductions for the period August 1, 2024 through December 31, 2024, plus $1,761.39 in interest, plus $8,094.61 in liquidated damages. <u>As a result, the total judgment amount entered against Defendant Westchester Hills Landscaping shall be $100,239.86</u>; and

4. That Plaintiffs shall additionally recover judgment against Defendant Michael DiSavino for $1,585.25 in interest. <u>As a result, the total judgment amount entered against Defendant Michael DiSavino shall be $86,703.83</u>; and

5. That the Plaintiffs shall have immediate execution on this Judgment, and Plaintiffs shall be entitled to post-judgment interest at the rate provided for by 29 U.S.C. §1961(a).

Dated: May  14 , 2025    SO ORDERED.
White Plains, New York

**ENTERED:**

_____
Honorable Nelson S. Roman
U.S. District Court Judge